27 F.3d 563
 Germany (Corine D.)
v.
Wilson (T.G.), Officer, Skibicki (B.A.), Officer, Police
Department of Town of Capitol Heights, Maryland of/and in
Prince George's County of State of Maryland, and Entity,
Mayor and Common Council and Entity of Town of Capitol
Heights Maryland, of State of Maryland of Prince George's
County, Prince George's County Police Dept., Prince George's
County, Prince George's County Policy Makers and Policy
Enforcers for Prince George's County of State of Md.
 NO. 93-2404
 United States Court of Appeals,
Fourth Circuit.
 June 08, 1994
 
 1
 Appeal From: D.Md.
 
 
 2
 AFFIRMED.